UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

KIMBERLY PARKER,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A., and
TRANS UNION LLC,

    Defendants.

Case No.: 1:18-cv-02251
Hon. Judge Sara L. Ellis

## DEFENDANT'S MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

Defendant Capital One Bank (USA), N.A. ("Capital One"), pursuant to Local Rule 83.17, respectfully requests leave to substitute counsel of record, and states as follows:

1. Counsel of record for Capital One is Jeff Pilgrim and Amy R. Jonker of Pilgrim Christakis LLP.

2. Capital One wishes to substitute Charity A. Olson of Brock & Scott, PLLC as its counsel in this matter to continue settlement discussions with Plaintiff's counsel.

3. Ms. Olson is a member of the trial bar, has tried cases in this District, and is prepared to represent Capital One in this action.

4. The requested substitution has not been made to stall, delay or otherwise thwart the orderly progression of this case.

5. Capital One consents to Ms. Olson's substitution as counsel in this action.

6. Counsel requests that all future pleadings served on Capital One shall be furnished to Charity A. Olson, Esq., Brock & Scott, PLLC, 2723 S. State St., Ste. 150, Ann Arbor, MI 48104, charity.olson@brockandscott.com.

WHEREFORE, Defendant Capital One Bank (USA), N.A. respectfully requests leave for Jeff Pilgrim and Amy R. Jonker of the law firm of Pilgrim Christakis, LLP to withdraw as counsel for Capital One, and leave for Charity A. Olson of the law firm of Brock & Scott, PLLC to file her appearance on behalf of Capital One in this action.

Dated: June 12, 2018

Respectfully Submitted,

By: /s/Amy R. Jonker

Jeff Pilgrim
Pilgrim Christakis, LLP
321 North Clark
26th Floor
Chicago, IL 60654
Tel: (312) 939-0923
Fax: (312) 939-0983
Email: jpilgrim@pilgrimchistakis.com

Amy R. Jonker
Pilgrim Christakis, LLP
321 North Clark
26th Floor
Chicago, IL 60654
Tel: (312) 718-6360
Fax: (312) 939-0983
Email: ajonker@pilgrimchristakis.com

*Attorneys for Capital One Bank (USA), N.A.*

## **CERTIFICATE OF SERVICE**

      Amy R. Jonker, an attorney, certifies that on June 12, 2018, she electronically filed the foregoing **Motion for Leave to Substitute Counsel** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Alexander J. Mikulaschek, Esq.
Law Offices of Robert S. Gitmeid & Assoc., PLLC
11 Broadway, Suite 960
New York, NY 10004
Tel: (773) 869-5400
Fax: (773) 584-0907
Email: Alexander.M@gitmeidlaw.com
*Attorneys for Plaintiff*


        */s/ Amy R. Jonker*